889 A.2d 44

**ASSOCIATED RUBBER, INC., Respondent**

v.

**PENNSYLVANIA HUMAN RELATIONS COMMISSION, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 16, 2005.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of December, 2005, the Petition for Allowance of Appeal is **GRANTED;** the Order of the Commonwealth Court is **VACATED;** and this matter is **REMANDED** to the Commonwealth Court for reconsideration

under the applicable burden of proof and standard of review. *Allegheny Hous. Rehab. Corp. v. Pa. Human Rels. Comm'n.,* 516 Pa. 124, 532 A.2d 315, 316 (1987). ("If [the employer offers a legitimate and non-discriminatory reason for discharge], the question for the Commission is whether, on all the evidence produced, the plaintiff has persuaded it by a preponderance of the evidence that the employer intentionally discriminated against [him]."); *In re Funds in the Possession of Conemaugh Township Supervisors,* 562 Pa. 85, 753 A.2d 788, 790 (2000) ("The referee is the sole judge of credibility and is free to believe all, part, or none of the evidence.") (citation omitted); *see also Pa. Human Rels. Comm'n. v. Feeser,* 469 Pa. 173, 364 A.2d 1324, 1326 (1976).